**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VICTORIA FLORES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GRUBHUB INC., a Delaware corporation,<br><br>                    Defendant. | Case No. |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, GrubHub Inc., for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2, states as follows:

1.     GrubHub Inc. has no parent company.

2.     T. Rowe Price Associates, Inc., a subsidiary of publicly held T. Rowe Price Group, Inc., owns 10% or more of the stock of Grubhub Inc.  No other publicly held company owns 5% or more of the stock of Grubhub Inc.

Date:  May 10, 2016.             Respectfully submitted,

                                         **Grubhub Inc.,**
                                         *Defendant*

                                         By: _____ /s/ Henry Pietrkowski_____
                                                One of Its Attorneys

                                         Henry Pietrkowski
                                         Timothy R. Carwinski
                                         REED SMITH LLP
                                         10 South Wacker Drive, 40th Floor
                                         Chicago, IL  60606-7507
                                         Ph.  (312) 207-1000
                                         Fax (312) 207-6400
                                         *hpietrkowski@reedsmith.com*
                                         *tcarwinski@reedsmith.com*

## <u>CERTIFICATE OF SERVICE</u>

I, Henry Pietrkowski, an attorney for Defendant, hereby certify that on May 10, 2016, a true and correct copy of the foregoing **Defendant's Corporate Disclosure Statement** was served upon Plaintiff's counsel via first class U.S. Mail, postage-prepaid, by causing it to be dropped in the mail slot at 10 S. Wacker Dr., Chicago, IL 60606 and addressed as follows:

Jay Edelson
Benjamin H. Richman
Courtney C. Booth
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, IL 60654

/s/ Henry Pietrkowski