IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA FLORES, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GRUBHUB INC., a Delaware corporation,<br><br>  Defendant. | Case No. 1:16-cv-05105<br><br>Honorable Sharon Johnson Coleman |

## NOTICE OF UNOPPOSED MOTION

To: Jay Edelson
 Benjamin H. Richman
 Courtney C. Booth
 Edelson PC
 350 North LaSalle Street, 13th Floor
 Chicago, IL 60654

 PLEASE TAKE NOTICE that on **Tuesday, May 17, 2016 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Sharon Johnson Coleman, or any judge sitting in her place in the courtroom usually occupied by her in the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 (Courtroom 1425), and will present **Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading**, a copy of which is hereby served upon you.

Date: May 11, 2016.   Respectfully submitted,

     GRUBHUB INC., *Defendant*

     By:     s/ Henry Pietrkowski
         One of Its Attorneys

      Henry Pietrkowski
      Timothy R. Carwinski
      REED SMITH LLP
      10 South Wacker Drive, 40th Floor
      Chicago, IL 60606-7507
      Ph. (312) 207-1000
      Fax (312) 207-6400
      *hpietrkowski@reedsmith.com*
      *tcarwinski@reedsmith.com*

US_ACTIVE-126925515