

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

312-435-5670

RE:

USDC:

Dear Counselor:

The records of this office indicate that on _____ a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as _____.
The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court web site:   www.ilnd.uscourts.gov   under the heading 'on-line forms.'

In completing the appearance form, please note that the Clerk's Office provides notice <u>only</u> to the attorney shown in box (A) of the appearance form.

Sincerely yours,

Thomas G. Bruton, Clerk

By:
 Deputy Clerk

Enclosure