UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Victoria Flores
          Plaintiff,

v.                                       Case No.: 1:16−cv−05105
                                        Honorable Sharon Johnson Coleman

Grubhub Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 15, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's joint motion for extension of time to file responsive pleading [13] is granted. This is a final extension. Status hearing set for 6/17/2016 is stricken and reset to 8/1/2016 at 09:00 AM. Deadline for submitting the joint status report is 3 days prior to status hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.