Victoria Flores
      Plaintiff,

v.              Case No.: 1:16−cv−05105
            Honorable Sharon Johnson Coleman

Grubhub Inc.
      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2016:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 7/20/2016. Agreed motion for extension of time [16] is granted. Defendant's responsive pleading due by 8/17/2016. Status hearing set for 8/1/2016 is stricken and reset to 9/7/2016 at 09:00 AM. Joint status report due 3 days prior to the next status hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.