**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VICTORIA FLORES, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>GRUBHUB INC., a Delaware corporation,<br><br>                      Defendant. | Case No. 1:16-cv-05105<br><br>Honorable Sharon Johnson Coleman |

## NOTICE OF JOINT AGREED MOTION

PLEASE TAKE NOTICE that on **Wednesday, August 24, 2016 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Sharon Johnson Coleman, or any judge sitting in her place in the courtroom usually occupied by her in the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 (Courtroom 1425), and will present the parties' **Agreed Motion for Extension of Responsive Pleading Date and Joint Status Report and to Reset Initial Status Hearing**.

Date: August 16, 2016.

Respectfully submitted,                                      Respectfully submitted,

**Victoria Flores,**                                             **Grubhub Inc.,**
*Plaintiff*                                                             *Defendant*

By:  /s/ Courtney Booth                        By:    /s/ Henry Pietrkowski
        One of Her Attorneys                                One of Its Attorneys

Jay Edelson                                                        Henry Pietrkowski
Benjamin H. Richman                           Timothy R. Carwinski
Courtney C. Booth                                      REED SMITH LLP
EDELSON PC                                             10 South Wacker Drive, 40th Floor
350 N. LaSalle, 13th Floor                        Chicago, IL 60606-7507
Chicago, IL 60654                                       Ph. (312) 207-1000
Ph. 312.589.6370                                    Fax (312) 207-6400
Fax 312.589.6378                                   *hpietrkowski@reedsmith.com*
*brichman@edelson.com*                       *tcarwinski@reedsmith.com*
*cbooth@edelson.com*

## **CERTIFICATE OF SERVICE**

I, Henry Pietrkowski, an attorney for Plaintiff, hereby certify that on August 16, 2016, a true and correct copy of the foregoing **Notice of Joint Agreed Motion** was served upon all counsel of record by filing it through the ECF system.

/s/ Henry Pietrkowski