UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Victoria Flores
    Plaintiff,

v.             Case No.: 1:16–cv–05105
               Honorable Sharon Johnson Coleman

Grubhub Inc.
    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2016:

  MINUTE entry before the Honorable Sharon Johnson Coleman:Motion hearing held. Counsel reported progress of the settlement agreement reached between the parties, and advised one remaining primary issue remains to be resolved. Parties plan to meet and confer regarding continued settlement talks, and will seek the assistance of a private mediator. Defendants Agreed Motion for Extension of Responsive Pleading Date and Joint Status Report and to Reset Initial Status Hearing [19] is granted with conditions stated in open court. Status previously set for 9/7/2016 is stricken and reset to 9/23/2016 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.