Victoria Flores
        Plaintiff,

v.         Case No.: 1:16−cv−05105
        Honorable Sharon Johnson Coleman

Grubhub Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2016:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(i), this action is dismissed without prejudice. Status hearing set to 9/23/2016 is hereby stricken.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.